UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:
**VICTOR A KRIDER**                    CASE NO.   09-35602
**JANE A KRIDER**                      CHAPTER:   13
    Debtors

ORDER
MODIFYING CONFIRMED PLAN

At South Bend, Indiana on ____ OCT 25 2010

Debtors having filed a motion to modify the plan confirmed in this case, together with the proposed modification, and there being no objection to the motion following appropriate notice to creditors and parties in interest, the court determines that the motion should be granted.

IT IS THEREFORE ORDERED the proposed modification filed on September 29, 2010 is APPROVED and the confirmed plan in this case is modified accordingly.

                                                  Judge, United States Bankruptcy Court